**FULL NAME:** Ronald Rollings

**COMMITTED NAME (if different):** Rollings Ronald

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** Federal Correctional Institution Terminal Island PO Box 3007 San Pedro CA 90733

**PRISON NUMBER (if applicable):** 48001.086

FILED
10-8-2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**Rollings Ronald**

PLAINTIFF,

v.

Bounds vs United States c/o Candy & Terminal Island Prison!

DEFENDANT(S).

**CASE NUMBER:** 5:20-cv-07024-NC

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT PURSUANT TO** (Check one)
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes  ☐ No

2. If your answer to "1." is yes, how many? 1

    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

Same: This Prison refewsing to meet my need that my needs ar not being met.
The are not given me Stamps - envolps - wrighting tables, pens in Bounds Legal copies = not giving me legal forms; Not giving me or letting me yuse the inmates typwrighters, because I cant Pay for it; No legal books!

I am not aloud to watch TV because I am white. The dinning room has blacks tabls, mexicens tables, Islanders tables; and only 5 white tables!

I have no money to buy pen med's and on. I have to sch my food for them.

RECEIVED
SEP 28 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

a. Parties to this previous lawsuit:
   Plaintiff _____Prison Staff_____

   Defendants _____

b. Court _____Dismiss_____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____No/Yes_____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☒ No
   If your answer is no, explain why not _____Just an Inmates request slip_____

3. Is the grievance procedure completed? ☒ Yes ☐ No
   If your answer is no, explain why not _____No const to much money that I cant do my legal work_____

4. Please attach copies of papers related to the grievance procedure.

C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _____California_____
(print plaintiff's name)
who presently resides at _____Prison Staff_____,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_____Terminal Island Federal correctional Insti_____
(institution/city where violation occurred)

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)

Page 2 of 6

on (date or dates) __Bound vs. US - Keppino my legul Mail__
                      (Claim I)              (Claim II)                    (Claim III)

NOTE: You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __they was working in the prison on the time clock__

2. Defendant __Wardon._____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Working on the clock.__

3. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

Not alounding me to have contact with the courts for my legal work

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Not haven Pens Paper envuips to do my legal work or send them to court unless I sell my food the prison records will pruved this.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Because I am Indigent Inmate Aloud me to have Stamps envelpes pens wrighting paper - Razors - Shapoo - over counter med's from the Inmate Store:

This is what I am asking for

09/7/2020
(Date)

Rollings Ronald
(Signature of Plaintiff)

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)    Page 6 of 6