FILED

Oct 28 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ROLLINGS,<br><br>    Plaintiff,<br><br>    v.<br><br>TERMINAL ISLAND PRISON,<br><br>    Defendant. | Case No. 20-cv-07024 NC (PR)<br><br>**ORDER OF TRANSFER** |

    Plaintiff, a federal inmate proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. The events of which Plaintiff complains occurred at the Federal Correctional Institution, Terminal Island, which is located in San Pedro, CA. The institution is within the Central District of California. *See* 28 U.S.C. § 84(b). Venue therefore is proper in the Central District of California, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Central District of California. The Clerk of the Court is directed to transfer the case forthwith.

    **IT IS SO ORDERED.**

DATED: October 28, 2020

                                                          NATHANAEL M. COUSINS
                                                          United States Magistrate Judge